J-S15025-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LESLIE CRAIG ARNOLD, JR. | : | |
| | : | |
| Appellant | : | No. 1070 WDA 2018 |

Appeal from the Judgment of Sentence Entered June 20, 2018
In the Court of Common Pleas of Jefferson County Criminal Division at
No(s):  CP-33-CR-0000317-2009,
CP-33-CR-0000318-2009

BEFORE:   GANTMAN, P.J.E., SHOGAN, J., and COLINS*, J.

JUDGMENT ORDER BY SHOGAN, J.:                    **FILED MAY 17, 2019**

Leslie Craig Arnold, Jr. ("Appellant") appeals from the judgment of sentence entered following the revocation of his probation.   Additionally, appellate counsel has filed a petition for leave to withdraw his representation pursuant to **Anders v. California**, 386 U.S. 738 (1967), and **Commonwealth v. Santiago**, 978 A.2d 349 (Pa. 2009).  Upon review, we quash the appeal and dismiss counsel's petition.

Appellant violated Pa.R.A.P. 341 by filing a single notice of appeal on July 19, 2018, that included two court docket numbers, CP-33-CR-0000317-2009   and   CP-33-CR-0000318-2009.   **See**   Pa.R.A.P.   341,   Note ("Where . . . one or more orders resolve issues arising on more than one docket or relating to more than one judgment, separate notices of appeal must be filed.").   We issued a rule to show cause why this appeal should not be

_____
\*   Retired Senior Judge assigned to the Superior Court.

quashed. Rule to Show Cause, 8/14/18. Appellate counsel filed a response indicating that counsel's error was due to his own inadvertence and not caused by Appellant's conduct. Reply to Rule to Show Cause, 8/24/18, at ¶ 4. Counsel averred that he had previously filed multiple appeals of lower court dockets through a single notice of appeal and that this Court allowed those appeals to proceed as filed. *Id.* at ¶ 6. Counsel requested permission to file *nunc pro tunc* notices of appeal. *Id.* at 5. We discharged the rule to show cause on August 27, 2018, and took no action on counsel's request because it was not made through an application for relief pursuant to Pa.R.A.P. 123.

Our Supreme Court held on June 1, 2018, that prospectively, "when a single order resolves issues arising on more than one lower court docket, separate notices of appeal must be filed. The failure to do so will result in quashal of the appeal." ***Commonwealth v. Walker***, 185 A.3d 969, 977 (Pa. 2018). Because Appellant's non-compliant notice of appeal was filed after the date of the ***Walker*** decision, we are constrained to quash the appeal. ***Accord Commonwealth v. Williams***, ____ A.3d ____ 2019 PA Super 81 (Pa. Super. filed March 20, 2019) (quashing appeal where appellant filed a single notice of appeal containing multiple docket numbers on June 5, 2018, just four days after the ***Walker*** decision). We quash without prejudice to Appellant's right to seek collateral relief.

Appeal quashed. Petition for leave to withdraw dismissed. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 5/17/2019